1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

XAVIER NAILING,

              Plaintiff,

       v.

K. BIGONI , *et al.,*

              Defendants.

Case No.  1:20-cv-00668-DAD-EPG

**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*

(ECF No. 2)

17         Plaintiff, Xavier Nailing, is proceeding *pro se* in this action. (ECF No. 1.) On May 8,

18  2020, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2.) Plaintiff has

19  made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed *in*

20  *forma pauperis* is GRANTED.

21         As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. §

22  1915(e)(2), the Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis*

23  to determine whether it is legally sufficient under the applicable pleading standards. The Court

24  must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally

25  frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary

26  relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court

27  determines that the complaint fails to state a claim, leave to amend may be granted to the extent

28

1    that the deficiencies in the complaint can be cured by amendment. The complaint will be screened

2    in due course and Plaintiff will be served with the resulting order.

3

4    IT IS SO ORDERED.

5        Dated:    **May 13, 2020**                          /s/ *Erica P. Grosjean*

6                                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28