UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>                Plaintiff,<br><br>   v.<br><br>K. BIGONI and PAT MOUA,<br><br>                Defendants. | Case No. 1:20-cv-00668-DAD-EPG<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION FROM 440 (REGULAR CIVIL) TO 550 (CONDITIONS OF CONFINEMEN)<br><br>(ECF No. 1) |

      Plaintiff, Xavier Nailing, proceeding *pro se*, filed this action on May 8, 2020.  (ECF No. 1.) The action was inadvertently designated as a regular civil action.

      Accordingly, the Clerk of the Court is HEREBY DIRECTED to administratively re-designate this matter from (regular civil) to 550 (prisoner conditions of confinement).

IT IS SO ORDERED.

Dated: **July 6, 2020**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE