UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XAVIER NAILING,**<br><br>                                    Plaintiff,<br><br>             v.<br><br>**BIGONI, et al.,**<br><br>                                    Defendants. | Case No. 1:20-cv-00668-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE AND GRANTING DEFENDANTS THIRTY DAYS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(ECF No. 14)** |

Defendants' request to opt out of the referral to an early settlement conference (ECF No. 14) is granted.[1] Defendants shall file a response to Plaintiff's complaint within thirty days of service of this order.

IT IS SO ORDERED.

   Dated:   **September 21, 2020**                      /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendants did not need to file a request to opt out of the early settlement conference—they only needed to notify the Court. Additionally, Defendants' deadline to file a response to Plaintiff's complaint was not stayed pending Defendants' decision regarding whether to participate in an early settlement conference. However, given that Defendants appear to have had a good faith belief that the early settlement conference order stayed their deadline to file a response to Plaintiff's complaint, the Court will grant their request to extend this deadline.

1