UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>          Plaintiff,<br><br>    v.<br><br>K. BIGONI, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00668-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT CLERK TO ENTER DEFAULT<br><br>(ECF No. 17) |

Xavier Nailing ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 21, 2020, Plaintiff filed a request for the Court Clerk to enter default (ECF No. 17). Plaintiff alleges that Defendants failed to timely file their answer. However, Plaintiff is incorrect. On September 21, 2020, the Court gave Defendants until October 21, 2020, to file their responsive pleading. (ECF No. 15). Defendants filed their answer on October 21, 2020. (ECF No. 18). Thus, Defendants were not in default at the time Plaintiff filed his motion.

\\\

\\\

\\\

\\\

1

It is ordered that:

The Court construes Plaintiff's request (ECF No. 17) as a motion.

Plaintiff's motion for the Court Clerk to enter default is DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2020**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

2