UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. BIGONI, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00668-DAD-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

　　　　Xavier Nailing ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On January 27, 2021, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel David Kuchinsky telephonically appeared on behalf of Defendants.

　　　　During the Conference, and with the benefit of the scheduling conference statements provided by the parties, the Court and the parties discussed relevant documents in this case and their possible locations. For the reasons stated on the record, the Court orders as follows:

　　　　1. Plaintiff has thirty days from the date of service of this order to serve
　　　　　　Defendants' counsel with his initial disclosures. As discussed in the Court's
　　　　　　prior order (ECF No. 19), Plaintiff shall provide Defendants with "[t]he name
　　　　　　and, if known, the address and telephone number of each individual likely to

1

have discoverable information−along with the subjects of that information−that [Plaintiff] may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id. at 3). Plaintiff shall also provide Defendants with a "copy−or a description by category and location−of all documents, electronically stored information, and tangible things that [Plaintiff] has in [his] possession, custody, or control and may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id.)

2. If any party obtains additional documents from any of Plaintiff's prior cases, that party shall promptly produce a copy of those documents to all other parties. Parties do not need to produce documents they have already provided or documents that were provided to them by the opposing party.

IT IS SO ORDERED.

Dated: **January 27, 2021**       /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE