UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. BIGONI, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00668-DAD-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENAS TO THIS ORDER |

　　　　The Court previously allowed Plaintiff to issue a subpoena to the District Attorney and to the Public Defender. (ECF No. 32). Plaintiff has now completed and returned the subpoenas and USM-285 forms. (ECF No. 33).

　　　　Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. Two (2) completed and issued subpoenas *duces tecum*;
    b. Two (2) completed USM-285 forms; and
    c. Three (3) copies of this order, one to accompany each subpoena and one for the United States Marshals Service.
2. The Clerk of Court is directed to attach a copy of the completed subpoenas *duces*

1

*tecum* to this order.

3. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of each subpoena, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
4. The United States Marshals Service is DIRECTED to retain a copy of the subpoenas in its file for future use.
5. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the returns of service.

IT IS SO ORDERED.

Dated:   **March 1, 2021**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE