UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>                         Plaintiff,<br><br>         v.<br><br>K. BIGONI, et al.,<br><br>                         Defendants. | Case No. 1:20-cv-00668-DAD-EPG (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND RELATED DEADLINES |

Xavier Nailing ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 27, 2021, Defendants filed a motion for summary judgment. (ECF No. 39). On March 10, 2022, the Court issued findings and recommendations, recommending that the motion be granted in part and denied in part. (ECF No. 47). These findings and recommendations are currently before District Judge Dale A. Drozd.

As Defendants' motion for summary judgment is pending, IT IS ORDERED that the telephonic trial confirmation hearing, which is currently set for August 29, 2022, as well as the related deadlines (including the deadlines for the parties to submit pretrial statement, the deadline for the parties to submit motions for attendance of incarcerated witnesses, the deadline for Plaintiff to identify unincarcerated witnesses who refuse to testify voluntarily, and the deadline

1

for Plaintiff to submit money orders to the Court for the unincarcerated witnesses' travel expenses) are VACATED.  The Court will reset these deadlines, if necessary, following a ruling on Defendants' motion for summary judgment.  The Court notes that it may direct the parties to participate in a settlement conference before resetting these deadlines.

IT IS SO ORDERED.

Dated:   **July 21, 2022**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE