UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>         Plaintiff,<br><br>    v.<br><br>K. BIGONI, et al.,<br><br>         Defendants. | No. 1:20-cv-00668-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 39 & 47) |

Plaintiff Xavier Nailing is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is proceeding on Plaintiff's Fourteenth Amendment claim against defendant Bigoni, who Plaintiff alleges falsely imprisoned Plaintiff beyond his sentence. (ECF No. 1 at 3; ECF No. 9.) This case is also proceeding on Plaintiff's Fourteenth Amendment claim against defendant Moua, who Plaintiff alleges wrongly revoked Plaintiff's Milestone Completion Credit. (*Id*.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

///

///

///

1

On October 27, 2021, Defendants filed a motion for summary judgment, arguing that they are entitled to summary judgment on both claims.  (ECF Nos. 39 & 41.)  On March 10, 2022, the assigned Magistrate Judge entered findings and recommendations, recommending that: (1) Defendants' motion for summary judgment (ECF No. 39) be granted in part; (2) judgment be entered in favor of defendant Bigoni; and (3) Defendants' motion for summary judgment be denied as to defendant Moua.  (ECF No. 47 at 15.)

The parties were provided an opportunity to file objections to the findings and recommendations.  Defendants filed their objections on March 30, 2022.  (ECF No. 48.)  Plaintiff did not object to the findings and recommendations or file a reply to Defendants' objections.  Defendants' objections were unpersuasive.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Defendants' objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 10, 2022 (ECF No. 47), are adopted in full;
2. Defendants' motion for summary judgment, (ECF No. 39), is granted in part;
3. Defendant Bigoni is granted summary judgment; and
4. Defendants' motion for summary judgment is denied as to defendant Moua.

IT IS SO ORDERED.

Dated:   October 5, 2022

UNITED STATES DISTRICT JUDGE