UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>            Plaintiff,<br><br>   v.<br><br>PAT MOUA,<br><br>            Defendant. | Case No. 1:20-cv-00668-ADA-EPG (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR WITHIN FOURTEEN DAYS TO SCHEDULE SETTLEMENT CONFERENCE |

On October 5, 2022, District Judge Ana de Alba granted Defendants' motion for summary judgment in part. (ECF No. 52). Summary judgment was granted to defendant Bigoni but was denied as to defendant Moua. (Id. at 2). Defendant Moua had fourteen days to file a report regarding whether defendant Moua wanted the Court to set a settlement conference (ECF No. 38), but did not do so.

As Defendants' motion for summary judgment was denied as to defendant Moua, the Court will require the parties to participate in a settlement conference before setting any other dates or deadlines.

\\\

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED that defense counsel has fourteen days from the date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated:     **October 20, 2022**                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE