1
2
3
4
5
6
7
8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12    XAVIER NAILING,                              Case No. 1:20-cv-00668-ADA-EPG (PC)

13                    Plaintiff,

14         v.                                      ORDER SETTING SETTLEMENT
                                                   CONFERENCE
15    PAT MOUA,

16                    Defendant.

17

18         Xavier Nailing ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma*

19    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court has determined that

20    this case will benefit from a settlement conference.  Therefore, this case will be referred to

21    Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on March 10,

22    2023, at 10:00 a.m.  The settlement conference will be conducted by remote means, with all

23    parties appearing by Zoom video conference.  The Court will issue a separate order detailing the

24    procedures for the settlement conference, and any necessary writ, in due course.

25         In accordance with the above, IT IS HEREBY ORDERED that:

26         1.  This case is set for a settlement conference before Magistrate Judge Helena M. Barch-

27             Kuchta on March 10, 2023, at 10:00 a.m.  The settlement conference will be

28

                                             1

conducted by remote means, with all parties appearing by Zoom video conference.[1]

IT IS SO ORDERED.

Dated:   **November 7, 2022**          /s/ *Erin P. Gross*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may issue an order at a later date requiring the parties to appear in person.